Filed 9/19/12

# IN THE SUPREME COURT OF CALIFORNIA

| | | |
|---|---|---|
| STATE OF CALIFORNIA, | ) | |
| | ) | |
| Plaintiff, Cross-Defendant and Appellant, | ) ) | |
| | ) | S170560 |
| v. | ) | |
| | ) | |
| CONTINENTAL INSURANCE COMPANY et al., | ) ) | Ct. App. 4/2 E041425 |
| | ) | Riverside County |
| Defendants, Cross-Complaints and Appellants; | ) ) | |
| | ) | |
| EMPLOYERS INSURANCE OF WAUSAU, | ) ) | Super. Ct. No. 239784 |
| | ) | |
| Defendant, Cross-Complainant and Respondent. | ) ) | |
| _____ | ) | |

**BY THE COURT:**

## MODIFICATION OF OPINION

The opinion, *State of California v. Continental Insurance Company et al.*, filed August 9, 2012, and appreaing at 55 Cal.4th 186, is modified as follows:

1. At page 191, first paragraph, second sentence, delete "insured the subject property at some point in time during the loss itself" and substitute "insured the State during the property damage itself."

2.  At page 191, second paragraph, first sentence, delete "covering the property loss" and substitute "covering the State's liability."

3.  At page 192, first pargraph, final sentence, delete "The site was uninsured" and substitute "The State was uninsured."

4.  At page 193, third full paragraph, delete the entire fourth sentence, and substitute: "The court then concluded that the State had to choose a single policy period for the entire liability coverage, and it could recover only up to the total policy limits in effect during that policy period."

5.  At page 194, second full paragraph, second to last sentence, delete "property" and substitute "policyholder."

6.  At page 197, first full paragraph, next to last sentence, delete "as long as the property is insured" and substitute "as long as the policyholder is insured."

7.  At page 202, Conclusion, first sentence, delete "the State's successive property or long-tail first party property loss" and substitute "the State's liability for successive or long-tail property damage."

This modification does not affect the judgment.